FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

MAR 0 4 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSÉ MANUEL ARCE-MARTINEZ,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:25-cr-*0041-APG-EJY*<br><br>**VIOLATIONS:**<br><br>Counts One, Three, Five and Seven:<br>18 U.S.C. § 1951 – Interference with Commerce by Robbery<br><br>Counts Two, Four, Six and Eight:<br>18 U.S.C. § 924(c)(1)(A)(ii) – Brandishing a Firearm During and in Relation to a Crime of Violence<br><br>Count Nine and Ten:<br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) – Prohibited Person in Possession of Firearm or Ammunition (Alien Illegally and Unlawfully in the United States) |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about January 21, 2025, in the State and Federal District of Nevada,

1

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain property, that is, approximately four hundred dollars ($400.00) in United States currency, from the person and in the presence of an employee and agent of the Tres Hermanas food truck, then located at 1750 North Rancho Drive in Las Vegas, Nevada, against the will of said employee and agent, and by means of actual and threatened force, violence, and fear of injury, immediate or future, to the person of said employee and agent, all in violation of Title 18, United States Code, Section 1951.

**COUNT TWO**
Brandishing a Firearm During and In Relation to a Crime of Violence
18 U.S.C. § 924(c)(1)(A)(ii)

On or about January 21, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, during and in relation to the crime of violence charged in Count One of this Indictment, knowingly and intentionally carried and used a firearm, that is: a privately made .40 caliber semiautomatic subcompact pistol bearing no serial number, made in part from a black Polymer80 PF940SC grip, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

2

**COUNT THREE**
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about January 23, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain property, that is, approximately seven hundred dollars ($700.00) in United States currency and two cellular telephones, from the person and in the presence of an employee and agent of the Tacos el Favorito 2 restaurant, located at 1080 South Rainbow Boulevard in Las Vegas, Nevada, against the will of said employee and agent, and by means of actual and threatened force, violence, and fear of injury, immediate or future, to the person of said employee and agent, all in violation of Title 18, United States Code, Section 1951.

**COUNT FOUR**
Brandishing a Firearm During and In Relation to a Crime of Violence
18 U.S.C. § 924(c)(1)(A)(ii)

On or about January 23, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, during and in relation to the crime of violence charged in Count Three of this Indictment, knowingly and intentionally carried and used a firearm, that is: a privately made .40 caliber semiautomatic subcompact pistol bearing no serial number, made in part

3

from a black Polymer80 PF940SC grip, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT FIVE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about January 24, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain property, that is, approximately seven hundred fifty dollars ($750.00) in United States currency and a gold necklace, from the person and in the presence of an employee and agent of the Pepe's Tacos restaurant, located at 1401 North Decatur Boulevard in Las Vegas, Nevada, against the will of said employee and agent, and by means of actual and threatened force, violence, and fear of injury, immediate or future, to the person of said employee and agent, all in violation of Title 18, United States Code, Section 1951.

### COUNT SIX
Brandishing a Firearm During and In Relation to a Crime of Violence
18 U.S.C. § 924(c)(1)(A)(ii)

On or about January 24, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, during and in relation to the crime of violence charged in Count Five of this Indictment, knowingly and intentionally carried and used a firearm, that is a privately

4

made .40 caliber semiautomatic subcompact pistol bearing no serial number, made in part from a black Polymer80 PF940SC grip, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SEVEN
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about January 26, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain tangible personal property of some value, that is, a jacket and wallet containing debit cards, a driver's license, a social security card, among other items, from the person and in the presence of an employee and agent of the Elotes y Tacos el Chino food truck, then located at 1750 North Rancho Drive in Las Vegas, Nevada, against the will of said employee and agent, and by means of actual and threatened force, violence, and fear of injury, immediate or future, to the person of said employee and agent, all in violation of Title 18, United States Code, Section 1951.

5

## COUNT EIGHT
Brandishing a Firearm During and In Relation to a Crime of Violence
18 U.S.C. § 924(c)(1)(A)(ii)
On or about January 26, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, during and in relation to the crime of violence charged in Count Seven of this Indictment, knowingly and intentionally carried and used a firearm, that is: a privately made .40 caliber semiautomatic subcompact pistol bearing no serial number, made in part from a black Polymer80 PF940SC grip, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT NINE
Prohibited Person in Possession of Firearm
(Alien Illegally and Unlawfully in the United States)
18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)

Between on or about January 21, 2025, and January 26, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, that is: a privately made .40 caliber semiautomatic subcompact pistol bearing no serial number, made in part from a black Polymer80 PF940SC grip, said possession being in and affecting commerce and said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT TEN
Prohibited Person in Possession of Ammunition
(Alien Illegally and Unlawfully in the United States)
18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)

Between on or about January 21, 2025, and January 26, 2025, in the State and Federal District of Nevada,

**JOSÉ MANUEL ARCE-MARTINEZ,**

defendant herein, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed ammunition, that is: .40 caliber rounds with brass casing bearing the headstamp "BLAZER 40 S&W," said possession being in and affecting commerce and said ammunition having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**DATED:** this 4th day of March, 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney

7